

**FILED**

**JAN 1 5 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

V-30568

Danny Ray Garcia
(Name of Plaintiff)

C.T.F. North Rainier "A" 218
(Address of Plaintiff)

P.O. Box 705 Soledad ca 93960

vs.

C.D.CR. Dr Tseng

Employed at Mule Creek state Prison

_____
(Names of Defendants)

2:  1 4 CV - 0 0 9 3    CMK PC
_____
(Case Number)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☒ Yes   ☐ No

    B. If your answer to A is yes, how many?: ____1____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

        Plaintiff  Danny R. Garcia

        Defendants C.O.'s, C.Heath, E.Bradley, M.Torres, Lt. Perez, V. Vallery.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_United States District Court Eastern District of California_

3. Docket Number _2:13-CV-01952-AC_

4. Name of judge to whom case was assigned _Allison Claire_

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_Still Pending_

6. Approximate date of filing lawsuit _9-20-13_

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?    ☒ Yes      ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                ☒ Yes      ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?                       ☒ Yes      ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official
   position in the second blank, and his/her place of employment in the third blank. Use item B
   for the names, positions and places of employment of any additional defendants.)

   A. Defendant _Dr. Tseng_ is employed as _Medical_
   _Doctor_ at _Mule Creek State Prison (C.D.C.R.)_

   B. Additional defendants _____
   _____
   _____
   _____
   _____
   _____

4

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

In the year 2006 I was trastered to mule creek state Prison where I put in a medical request for some orthopedic shoe's with 1¾ inch heel lift insert I was told that they don't make those there and that he Knows who makes them and that he doesn't like the doctor here at mule creek, I thought to myself that their personal problem's with eachother shouldn't effect me. I've always been responsibe in wearing my heel lift since the car accident when I was fifteen, compound fracture, upper femer, traction, hoddy cast, I was a passenger, on the streets my mom went to shoe stores who worked with leather and had them made for me, when I came into
(see attached page's)

V. Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

Compensitory and monetary Relief and medical condition's fited (treated), nominal, punitive damages, injunctive relief.

Signed this __12__ day of __November__ , 20_13_ .

_Danny R. Darcia_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__11-12-13__
(Date)

_Danny R. Barcia_
(Signature of Plaintiff)

5

C.T.F. North Rainier A° 2186
P.O. Box 705 Soledad 93960

I V.    Statement of Claim cont.

0of three

I already had one, I was told it's been over a year so I have
to get another one, again I get the notice, no more medical
care needed, then several month's later I get a ducut to see
Dr. Lovitt's (orthopedic Surgeon), he puts up the X-Ray's that
Dr. Tseng had taken of me and say's, oh garcia, I've got bad
new's for you, first you have arthritis in both your shoulder's,
then he say's, do you see these bump's (right shoulder), these
are called spur's and you have them pretty bad, that's why
your in so much pain and do you see this (left shoulder),
he reaches into his shirt pocket and pull's out his pen and
make's a line across two bone's and say's your shoulder
is out of alighnment (I could see it crystal clear), were
going to have to lift it and reattache it, so he schedualed
me for an MRI for my left shoulder, done, then I
was schedualed for surgery (left shoulder) per Dr. Lovitt's
and Dr. Farr, and then schedualed for an MRI for my
right shoulder, everything is going smooth, finaly, then
out of the blue's I get two form's, one stating the surgery
is being stopped and the other stating the MRI is being
stopped, sighned by Dr. Tseng, so I put in a medical 602
to have everything put back into play, I get a ducut
and go to medical and it's Dr. Tseng, I sit quetly waiting
to see why Im here, he has the medical 602, his first
word's, So! you 602 me huh, I said, I didn't 602 you,
I 602 the fact that I want my shoulder's fixed, he
say's, I see you have all these crono's, I don't think you

C.T.F North Rainier A- 218 L.
P.O. Box 705 Soledad 93960

IV. statement of Claim cont:

② of three prison, at pleasant Valley then Salinas Valley they both provided me with the apropriate 1¾ inch heel lift insert but at mule creek, I was denied the lift for over a year and then out of the blue's my back went out, I didn't know what it was at the time but it shut me down completly, for sixteen day's I stayed bed ridden in severe pain, taking Naproxen, acetaminophen and Ibueprofin just to be able to walk to chow, (eventualy it was making my stomach sick) I had to use my arm's (upper body strenth) to get out of bed and I couldn't sleep at night, I went to the doctor and they said put in a request ?!!! a few day's later I see P.A. Todd who refuses MRI and any further care but makes an appt. to see a doctor. After it goe's away, approx. seven month's later my back goes out again, this time for approx. thirteen day's, this time Dr. Tseng personaly refuses to give me an MRI, only an X-Ray knowing that it will not show soft tissue damage (Pinched nerve) and that I will recieve a notice stateing, no visible damage, everything's normal, no need for further medical care. Till this day still no medical care for my back, I had also put in a request for medical help pertaining to my shoulder's being in pain, they took X-Ray's and then I recieved that notice stating that there is no visible damage, no medical care needed, I took the pain for a few more year's then went back when I couldn't take it anymore, I couldn't sleep at night, I put in a request stating this and asking for an MRI and no X-Ray since

C.T.F. North Rainier 'A' 218 Low
P.O. Box 205, Soledad 93960

I.V.  Statement of Claim Cont.

⑤ of three   need them, I didn't take him serious, you know Doctor's ethic's and morals, I found out when a c.o. came and told me to move upstair's, upper bunk, I said I can't I have lower bunk lower tier cronos he say's he just checked the computer and said I don't have any crono's, Dr. Tseng realy took all of my cronos out of spite, till this day I still have not recieved medical care for my shoulders and have not been given back all of my crono's, one doctor went against Tseng and gave me lower bunk only. I was also seeing a physical therapist who stated that between 1-5, 5 being the worst that one shoulder is a 4 and the other a 5, they both pop alot, yes very painful. Dr. Farr in manteca gave me a cortazone shot in my right shoulder, painfull, my shoulder's are too damaged for pain management wich is why Dr. lovitt's, Dr. Farr and the therapist all say I need to be Fixed but Dr. Tseng say's no, he is very unprofesional and incompetant, him saying there's nothing wrong with me and him taking my crono's away when my condition's have not changed in order for him to do that. I am always In constant pain, lower back, both shoulder's and now I have a new and severe condition brought on by neglecting to provide me with my heel lift (sciatic nerve).