IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA, | No. 2:14-CV-0093-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TSENG, | |
| Defendant. | |
| _____/ | |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 13) entitled "Motion to Compel Discovery."  The motion will be denied because there is no evidence before the court establishing that defendant has been served with the summons and complaint.  Upon service of process and the filing of an answer to the complaint, the court will issue a scheduling order which, among other things, sets forth procedures for discovery.  By separate order issued herewith, the court will direct the United States Marshal to file a report on the status of service on defendant.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 13) is denied.

DATED: January 6, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE