IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA, | No. 2:14-CV-0093-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TSENG, | |
| Defendant. | |
| _____ / | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2014, the court directed the United States Marshal to serve process on defendant. To date, the United States Marshal has not filed a return of service or otherwise updated the court on the status of service. The United States Marshal shall submit a report in writing within 30 days of the date of this order on the status of service of process on defendant Tseng.

/ / /

/ / /

/ / /

/ / /

1 | The Clerk of the Court is directed to serve a copy of this order on the United
2 | States Marshal.
3 |       IT IS SO ORDERED.
4 |
5 | DATED: January 6, 2016
6 |
7 |                                            **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE