# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA, | No. 2:14-CV-0093-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TSENG, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2014, the court directed the United States Marshal to serve process on defendant. As of January 7, 2016, the United States Marshal had not filed a return of service or otherwise updated the court on the status of service and the court directed the United States Marshal to submit a report in writing within 30 days on the status of service of process on defendant Tseng. To date, the United States Marshal has not complied with either order.

The United States Marshal is directed to show cause in writing within 30 days of the date of this order why appropriate sanctions should not be imposed for failure to comply with the court's prior orders.

/ / /

1   The Clerk of the Court is directed to serve a copy of this order, along with copies
2   of the court's December 9, 2014, and January 7, 2016, orders, on the United States Marshal.
3   IT IS SO ORDERED.

5   DATED: October 12, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE