IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY RAY GARCIA,                           No. 2:14-CV-0093-CMK-P

      Plaintiff,

  vs.                                                       ORDER

TSENG,

      Defendant.

_____/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2016, the court directed the United States Marshal to show cause why appropriate sanctions should not be imposed for failure to comply with the court's prior order regarding service of process.  A review of the docket reflects that defendant waived service on October 17, 2016.  Accordingly, and for good cause shown, the order to show cause is hereby discharged.

      IT IS SO ORDERED.

DATED: February 3, 2017

                                                                                                                                   */s/ Craig M. Kellison*

                                                                                                                                   **CRAIG M. KELLISON**
                                                                                                                                   UNITED STATES MAGISTRATE JUDGE