# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA, | No. 2:14-CV-0093-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| TSENG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 24) entitled "Motion to Request a Stay." Plaintiff requests a stay of proceedings pending an anticipated upcoming transfer to another prison which, according to plaintiff, may cause him to be separated from his legal materials for several weeks. Plaintiff has not shown good cause for a stay of proceedings. Specifically, because there is no evidence that plaintiff has actually been transferred or that, if he is transferred, he will be separated from his legal materials for any extended period of time, plaintiff's motion is speculative. To the extent plaintiff requires additional time to comply with any upcoming deadlines, plaintiff may seek an extension of time as to a specific deadline.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a stay (Doc. 24) is denied.

DATED: May 1, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE