IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>TSENG,<br><br>        Defendant. | No. 2:14-CV-0093-CMK-P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF CONTINUING SETTLEMENT DISCUSSIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was appointed counsel in another case for the limited purpose of assisting plaintiff with settlement discussions.[1] That case has not settled, but parties continue to attempt settlement and have informed the court that they are also attempting settlement in this case. Therefore, the court finds that the appointment of counsel for plaintiff is also warranted in this case for the limited purpose of assisting plaintiff with continuing settlement discussions. Michael E. Vinding, from the court's pro bono attorney panel, has agreed to be appointed and represent plaintiff in this matter for the limited purpose of continuing settlement discussions.

/ / /

/ / /

---

[1] On May 9, 2017, Michael E. Vinding was appointed to represent plaintiff for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference in Garcia v. Heath, case number 2:13-cv-1952-JAM-AC-P.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Michael E. Vinding is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with continuing settlement discussions.
2. Michael E. Vinding's appointment will terminate twenty days from the date of this order.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Michael E. Vinding, Brady & Vinding, 400 Capitol Mall, Suite 2640, Sacramento, CA 95814.

Dated: June 15, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE