IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY RAY GARCIA,                       No. 2:14-CV-0093-CMK-P

    Plaintiff,

  vs.                                 ORDER

TSENG,

    Defendant.

_____/

        Plaintiff, a prisoner proceeding pro se[1], brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's motion to terminate settlement discussions (Doc. 34); and (2) defendant's motion for an extension of time (Doc. 37).

        Plaintiff seeks an order terminating settlement discussions. Because leave of court is not required to end settlement discussions, plaintiff's motion will be denied as unnecessary.

/ / /

/ / /

---

[1] The limited appointment of Michael Erik Vinding, Esq., to represent plaintiff for purposes of settlement negotiations has expired. See order at Doc. 30.

1

Defendant seeks additional time to file an opposition to plaintiff's motion for summary judgment filed on August 17, 2017. Good cause appearing therefor, defendant's request will be granted. Defendant's opposition is due by November 20, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to terminate settlement discussions (Doc. 34) is denied as unnecessary;

2. Defendant's motion for an extension of time (Doc. 37) is granted; and

3. Defendant's opposition to plaintiff's motion for summary judgment is due by November 20, 2017.

DATED: September 7, 2017

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE