IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TSENG,<br><br>    Defendant.<br>_____ / | No. 2:14-CV-0093-TLN-CMK-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 50) to respond to defendant's cross-motion for summary judgment. Good cause appearing therefor, the request is granted. Plaintiff may file a response within 20 days of the date of this order.

IT IS SO ORDERED.

DATED: February 22, 2018

                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE

1