# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA, | No. 2:14-CV-0093-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TSENG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 60) to file objections to the court's September 14, 2018, findings and recommendations. Good cause appearing therefor, the request is granted and plaintiff's objections filed on October 4, 2018, are deemed timely.

IT IS SO ORDERED.

Dated: October 11, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1